IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Murray, Deborah C | Case Number: 07 B 10634 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/15/08 | Filed: 6/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 4, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,467.00 | |
| Secured: | | 1,387.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 79.22 |
| Other Funds: | | 0.00 |
| Totals: | 1,467.00 | 1,467.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,913.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 15,325.00 | 1,387.78 |
| 3. | Illinois Dept of Revenue | Priority | 10,633.11 | 0.00 |
| 4. | Internal Revenue Service | Priority | 56,676.30 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 6. | CB USA | Unsecured | 46.08 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 98.58 | 0.00 |
| 8. | Drive Financial Services | Unsecured | 1,269.88 | 0.00 |
| 9. | Global Payments | Unsecured | 15.41 | 0.00 |
| 10. | Hedges Clinic, S.C. | Unsecured | 4.10 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 2,421.55 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 22.68 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 193.69 | 0.00 |
| 14. | Infibank | Unsecured | 98.58 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 161.57 | 0.00 |
| 16. | Nicor Gas | Unsecured | 308.02 | 0.00 |
| 17. | Internal Revenue Service | Priority | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | CAB Services | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Country Companies | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Bally's | Unsecured | | No Claim Filed |
| 25. | Cardholder Services | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Murray, Deborah C | | Case Number: 07 B 10634 |
| | | Judge: Goldgar, A. Benjamin |
| Printed: 1/15/08 | | Filed: 6/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 27. | Endodontic & Periodontic Assoc | Unsecured | | No Claim Filed |
| 28. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Illinois Lending Corporation | Unsecured | | No Claim Filed |
| 31. | KCA Financial Services | Unsecured | | No Claim Filed |
| 32. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 33. | Great Lakes Specialty Finance | Unsecured | | No Claim Filed |
| 34. | Payday Loan | Unsecured | | No Claim Filed |
| 35. | Omni 41 Sports Complex | Unsecured | | No Claim Filed |
| 36. | TheraSys Inc | Unsecured | | No Claim Filed |
| 37. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| 38. | Wellgroup Health Partners | Unsecured | | No Claim Filed |

$ 89,212.55         $ 1,387.78

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 79.22 |

$ 79.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____